THE STATE OF MONTANA ON THE RELATION OF ROBERT L. WOODAHL, ATTORNEY GENERAL OF THE STATE OF MONTANA, RLATOR, v. THE DISTRICT COURT OF THE THIRD JUDICIAL DISTRICT OF THE STATE OF MONTANA, IN AND FOR THE COUNTY OF DEER LODGE, AND THE HONORABLE JAMES D. FREEBOURN, JUDGE THEREOF, RESPONDENTS.

No. 13225.
Decided Dec. 4, 1975.
542 P.2d 1222.

## ORDER

Original proceeding.

The Attorney General petitions this Court for a Writ of Supervisory Control or other appropriate writ to require the presiding Judge to admit certain exhibits offered by the prose-

511

cution in the case of *State of Montana v. Thomas Powers,* cause No. 2814, pending in the respondent district court, and for other remedial actions as set forth in the petition.

An order to show cause was issued returnable on December 3, 1975 at the hour of 2:30 p.m. At the time, of the Writ the respondent Judge appeared and orally answered the allegations of the petitioner and the arguments of petitioner; counsel for the defendant Thomas Powers also were present in the courtroom and moved the Court to dismiss the proceedings. At the conclusion of the hearing the matter was taken under advisement.

The Court now being advised declines to grant the original request and this proceeding is ordered dismissed.

The stay order previously issued by the Court is annulled.

MR. JUSTICE CASTLES (dissenting):

I respectfully dissent. I would accept jurisdiction, order a transcript of the trial proceedings; and if the allegations of the petition of the Attorney General are borne out by that record, I would not hesitate to grant relief, including declaring a mistrial and ordering a new trial if that appears necessary.